■ IKE ELIAS, Appellant-Respondent, v NATHAN L. SEROTA et al., Respondents-Appellants.—Appeal by the plaintiff, and separate cross appeals by the defendants Nathan L. Serota and Martin Elias, from stated portions of a judgment of the Supreme Court, Nassau County, dated September 22, 1987.

Ordered that the judgment is affirmed insofar as appealed and cross-appealed from, without costs or disbursements, for reasons stated by Justice Velsor in his memorandum decision at the Supreme Court. Lawrence, J. P., Rubin, Spatt and Sullivan, JJ., concur.